[Docket No. 30]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH PARISH,<br><br>        Plaintiff,<br><br>  v.<br><br>MRS BPO, LLC, et al.,<br><br>        Defendants. | Civil No. 19-17234 (RMB/JS)<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |

    This matter comes before the Court upon Magistrate Judge Schneider's Report and Recommendation [Docket No. 30] recommending that the Court grant Defendant MRS BPO, LLC's Motion to Dismiss.

    The parties were duly notified that objections to the Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(2) and Local Civil Rule 72.1(c)(2) were to be filed within 14 days. No objections or responses were filed.

    The Court has given "reasoned consideration" to the Report and Recommendation pursuant to <u>Equal Employment Opportunity Comm'n v. City of Long Branch</u>, 866 F.3d 93, 100 (3d Cir. 2017)[1],

---

[1] Fed. R. Civ. P. 72(b)(3) provides that "[t]he district judge must determine de novo any part of a magistrate judge's disposition that has been properly objected to." The Rule is

1

and agrees with Magistrate Judge Schneider's analysis and conclusion.

Accordingly, **IT IS** on this **2nd** day of **March 2021**, hereby:

**ORDERED** that the Report and Recommendation [Docket No. 30] to dismiss the Complaint for failure to prosecute is **ACCEPTED;** the Complaint is **DISMISSED.**

       __s/ Renée Marie Bumb_____
       RENÉE MARIE BUMB
       UNITED STATES DISTRICT JUDGE

---

silent as to what level of review must be afforded to a disposition that has not been objected to. The Third Circuit has instructed that in such situations the district judge should conduct a "'reasoned consideration'" review. City of Long Branch, 866 F.3d at 100 (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)).